474 A.2d 665

Stewart, Appellant (at No. 741), v. Zitney, Appellants (at No. 379).

Submitted September 29, 1983. W. Terrence O'Brien, for appellants, (at No. 379) and appellees, (at No. 741); David B. Reiss, for appellant, (at No. 741) and appellee, (at No. 379).

Before BROSKY, McEWEN and BECK, JJ.

654

The judgment that is the subject of appeal No. 379 is affirmed. The order that is the subject of appeal No. 741 is affirmed. Jurisdiction relinquished.